NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE WATSON,                    )
                                  )
            Appellant,            )
                                  )
v.                                )        Case No. 2D18-796
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
                                  )
_____)

Opinion filed March 20, 2019.

Appeal from the Circuit Court for Polk
County; Keith P. Spoto, Judge.

Howard L. Dimmig, II, Public
Defender, and William L. Sharwell,
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, KHOUZAM, and ATKINSON, JJ., Concur.